# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : |
| v. | :     CASE NO.    1:25-MJ-204 |
| | : |
| **HENRRY JOSUE VILLATORO SANTOS** | : |
| | : |
|    Defendant. | : |

## NOTICE OF APPEAL FROM MAGISTRATE JUDGE'S ORDER

The Defendant, Henrry Josue Villatoro Santos, by counsel, hereby notes his appeal to the District Court from the April 15, 2025 Order of the Magistrate Court granting the Government's Motion to Dismiss the case without prejudice, which has been entered in the above case at Docket Number 20.

                                                Respectfully Submitted,
                                                Henrry Villatoro Santos
                                                By Counsel

ELSAYED LAW PLLC


BY: \_\_\_\_/s/_____
      Muhammad Elsayed
      Virginia Bar No. 86151
      3955 Chain Bridge Road
      Second Floor
      Fairfax, Virginia 22030
      (703) 884-2636
      (703) 884-2637 (fax)
      me@elsayedlaw.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

                                              ____/s/_____
                                              Muhammad Elsayed
                                              Virginia Bar No. 86151
                                              3955 Chain Bridge Road
                                              Second Floor
                                              Fairfax, Virginia 22030
                                              (703) 884-2636
                                              (703) 884-2637 (fax)
                                              me@elsayedlaw.com